

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**Joseph J. Ortego**
*Partner*
T 516-832-7564
jortego@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

October 30, 2020

*Via ECF*

The Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722-9014

                RE:  **Markowitz v. Precipart Corporation**
                     <u>Docket no. 2:20-cv-05033-GRB-AKT</u>

Dear Magistrate Judge Tomlinson:

     This firm represents defendant, Precipart Corporation ("Precipart"), in the above-referenced matter.  We write, with Plaintiff's consent, to request an extension of time until December 7, 2020 for Precipart to respond to the Complaint.  As this firm was only recently retained to represent Precipart in this matter and accordingly accepted service on October 27, 2020 (and as such, Defendants' response to the Complaint is currently due on November 17, 2020), the additional time is necessary to ensure that we have sufficient time to investigate and properly respond to the allegations asserted in the Complaint.  This is the first request for an extension of time to respond to the Complaint.

     We thank Your Honor for all courtesies extended.

                                                Respectfully submitted,

                                                /s/ Joseph J. Ortego

                                                Joseph J. Ortego

cc: All counsel of record (via ECF)

4811-0399-3040.2