UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL MARKOWITZ,<br><br>                              Plaintiff,<br>v.<br>PRECIPART CORPORATION,<br><br>                              Defendant. | Civ. No.: 2:20-cv-05033<br><br>**RULE 7.1 STATEMENT** |

**PRECIPART CORPORATION**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant PRECIPART CORPORATION, through its undersigned counsel, hereby makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Precipart Corporation is a wholly-owned subsidiary of Precipart Group, Inc., and no publicly held corporation owns 10% or more of their respective stock.

Dated: December 7, 2020
           Jericho, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By:  */s/ Joseph J. Ortego*
           Joseph J. Ortego, Esq.
           Jeannie Sha, Esq.
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
Tel:     (516) 832-7500
Fax:    (516) 832-7555
jortego@nixonpeabody.com
jsha@nixonpeabody.com

*Attorneys for Defendant,*
*Precipart Corporation*

4848-2758-7795.1